AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Forrest Kendall Pemberton,<br><br>*Defendant* | )<br>)  Case No. 24-MJ-6613-HUNT<br>)<br>)          1:24 mj 75 ML<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Forrest Kendall Pemberton                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Stalking -- that is, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A(2)(B).

Date:   12/28/2024

*Issuing officer's signature*

City and state:   Fort Lauderdale, Florida          Honorable Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/28/24, and the person was arrested on *(date)* 12/28/24
at *(city and state)* GAINESVILLE FLORIDA.

Date:  12/30/24

*Arresting officer's signature*

JAYSON FRANCIS
*Printed name and title*


FILED USDC FLND GV
DEC 30 '24 AM 11:51