UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-6613-HUNT

IN RE SEALED COMPLAINT
_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Complaint, Affidavit, Arrest Warrant, Bond Recommendation, this Motion, the resulting Order, and any related documents be SEALED until the arrest of the defendant or further Order of the Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the sealed documents for purposes of arrest, extradition, or any other necessary cause. Should this Complaint become public prior to the arrest of the defendant, the named defendant may flee and the integrity of the ongoing investigation might be compromised. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/Maria K. Medetis
MARIA K. MEDETIS
Assistant United States Attorney
Florida Bar No. 1012329
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9020
Email: maria.medetis@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. \_\_\_\_24-MJ-6613-HUNT\_\_\_\_

IN RE SEALED COMPLAINT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Complaint, Affidavit, Arrest Warrant, Bond Recommendation, the Motion to Seal, this Order and any related documents, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, Bond Recommendation Form, the Motion to Seal, and this Order shall be filed under seal until the arrest of the defendant or further Order of the Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Ft Lauderdale, Florida, this \_\_28th\_\_ day of December 2024.

_____*[signature]*_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE